APPENDIX A
COMPLAINT FORMAT

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
_____DIVISION

Demetrice Walker - Jackson
4995 Pinefield Dr.
Macon, Ga. 31206
**Plaintiff**

vs.

Baldwin State Prison
P.O Box 218
Hardwick, Ga. 31034
**Defendant**

Civil Action No. 5:12-CV-315

## COMPLAINT
(Double space text of complaint)

**Now comes the above plaintiff and shows the Court the following:**

1.

(Show plaintiff's residence or address.)

2.

(Show defendant(s) address(es).)

3.

(State briefly your legal claim or your reason for filing suit. Include the statute under which the suit is filed.)

I made a protected complaint of sexual harassment, I was moved from first shift to third shift while on medical leave. Upon my return from leave. I submitted four requests for a reasonable accommodation which were denied. Defendant failed to engage in the interactive process and then discharged me of side effect of the medication I took for my disability.

| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF GEORGIA | APPENDIX D  |

Plaintiff: Demetrice Walker - Jackson
4995 Pinefield Dr. Macon, Ga. 31206

v.

Defendant(s): Baldwin State Prison
P.O. Box 218
Hardwick, Ga. 31034

Civil Action No: 5:12-CV-315

## COMPLAINT

1. Defendant is a citizen of the United States and resides at _____

2. Defendant(s) names(s) _____

   Location of principal office(s) of the named defendant(s) _____

   Nature of defendant(s)' business _____

   Approximate number of individuals employed by defendant(s)  201-500

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.
   (B) ✓ Termination of my employment.

   (C) _____ Failure to promote me.
   (D) _____ Other Acts as specified below:

_____

_____

_____

5. Plaintiff is:

   (A) _____ presently employed by the defendant(s).
   (B) \_\_\_\_✓\_\_\_\_ not presently employed by the defendant(s).

   The dates of this employment were _____

   Employment was terminated because:

     (1) \_\_\_\_✓\_\_\_\_ plaintiff was discharged.
     (2) _____ plaintiff was laid off.
     (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) _____ my race.
   (B) _____ my religion.
   (C) _____ my sex.
   (D) _____ my national origin.
   (E) _____ other as specified below:

_____

_____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant(s) company is (are) _____

_____

_____

8. The alleged discrimination occurred on or about _____

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is/are as follows:

_____

_____

_____
_____
_____
_____
_____
_____
_____

10. The alleged illegal activity took place at _____
_____

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _____. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on  May 5, 2012 _____

12. I seek the following relief:

   (A) __✓__ recovery of back pay.
   (B) __✓__ reinstatement to my former job or position.
   (C) __✓__ front pay (where reinstatement is not suitable).
   (D) __✓__ damages (damages are recoverable only in age discrimination cases and only for "willful violations" of the Act.
   (E) _____ injunctive relief.
   (F) __✓__ expenses and attorney's fees.
   (G) _____ other (describe below):

_____
_____

08/01/2012
Date

_Demetrice Walker-Jackson_
Signature of Plaintiff

Address of Plaintiff:
Demetrice Walker-Jackson
4995 Pinefield Dr.
Macon, Ga. 31206
Phone Number: (478) 318-3322

Attachment: Right to Sue Notice

APPENDIX A (Contd)
COMPLAINT FORMAT

4.

(Give a brief, concise statement of the specific facts involved in your case.)

5.

(State the relief you are requesting.)

2 years Back pay, Job back if not two years front pay,

_____  8/2/2012
(Signature and date)

4995 Pinefield Dr. Macon Ga. 31206
(Address)

478-318-3322
(Phone Number)