# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **DEMETRICE WALKER-JACKSON** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CASE NO.** |
| v. | : | **5:12-CV-315 (CAR)** |
| | : | |
| **BALDWIN STATE PRISON,** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SETTLEMENT

**TO THE COURT:**

Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit pending in the above captioned matter has been settled, and that Plaintiff will file a dismissal of her pending lawsuit.

Respectfully submitted this 22nd day of October, 2013,

/s/ *Sonya Gail Reid Slaton*
Sonya Gail Reid Slaton
Georgia Bar No. 940638

The Reid Law Firm, L.L.C.
2430D Wall Street
Conyers, GA 30013
(770) 648-6465 (o)
(678) 609-1404 (f)
sgailreid@thereidlawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2013, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record for Defendant:

Laura W. McDonald

/s/ *Sonya Gail Reid Slaton*____
Sonya Gail Reid Slaton
Georgia Bar No. 940638